Filed: 7/18/2018 11:24 AM
Lynne Finley
District Clerk
Collin County, Texas
By Morgan Hockett Deputy
Envelope ID: 26072315

NO. 429-03412-2018

| | | |
|---|---|---|
| CARLOS ROGERS<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 429th JUDICIAL DISTRICT |
| WORLDVENTURES MARKETING, LLC,<br>WORLDVENTURES HOLDING, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | OF COLLIN COUNTY, TEXAS |

## FIRST AMENDED PLAINTIFF'S ORIGINAL PETITION

**COMES NOW,** Carlos Rogers (hereinafter "Rogers" or "Plaintiff") and files his First Amended Petition against WorldVentures Marketing, LLC, and WorldVentures (hereinafter "WorldVentures" or "Defendants"), and in support thereof, shows the Court the following:

### I. DISCOVERY

1. Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure.

### II. PARTIES

2. Plaintiff is an individual who resides in Charlotte, North Carolina.

3. Defendants, are Nevada Limited Liability Companies registered as a foreign corporation in Texas whose principal place of business is located at 5100 Tennyson Pkwy., Plano, Collin County, Texas. Defendants can be served by serving its officers, Josh Paine, Dan Stammons, Wayne Nugent or Eddy Head at Defendant's headquarters in Collin County, Texas or by and through its registered agent, James S. Patterson, at Hiersche, Hayward, Drakely & Urbach at 15303 Dallas Parkway, Suite 700, Addison, TX 75001.

### III. JURISDICTION AND VENUE

4. Plaintiff seeks to recover an amount greater than $100,000, but less than $1,000,000. Venue is proper as Defendants reside in Collin County, Texas and there principal place of business is in Collin County.

## IV.   FACTUAL BACKGROUND

### Plaintiff

5.   Plaintiff resides in Charlotte, NC. Since the founding of the Defendant Company, Plaintiff has been a top earning independent sales representative for the multilevel marketing company. In the WorldVentures compensation plan, Plaintiff earned the position of an International Marketing Director ("IMD") and earn monthly commissions and salaries based upon the products and services he sells and by those representatives in his downline organizations.

6.   As an independent representative of WorldVentures, Plaintiff spent the last twelve years building his business and traveling across the world promoting WorldVentures. Plaintiff has, through his own hard work, marketing, and sales efforts, helped build a sales organization that has benefited WorldVentures for years.

7.   Because of the size of Plaintiff's sales organizations, in accordance with the WorldVentures Compensation Plan, an International Marketing Director is entitled to receive residual monthly payments in the amount of approximately $30,000.00.

8.   In accordance with the WorldVentures Compensation Plan, WorldVentures is required to pay "monthly residual commissions…on the fifteenth day of the month following the end of the monthly pay period" therefore Plaintiff was entitled to his residual monthly payments on the 15th of each month following the monthly pay period.

### Defendant

9.   WorldVentures describes itself on its website as "a lifestyle company that markets travel-related products." The company claims by combining the power of the internet with the time—tested strength of word-of-mouth marketing, is an emerging leader in the leisure travel industry. Included in its website is the following description to those interested in joining WorldVentures-

> "**START A BUSINESS** - What if the secret to a fulfilling and abundant life was as simple as doing what you love? When you choose to join us, you become an integral part of a global family that supports and cares about you. We foster personal and professional development, and offer you the opportunity to earn extra income by selling products you can be passionate about — products that appeal to anyone who has ever dreamed of experiencing the world beyond their own backyard. We'll provide you with everything you need to market and sell travel and lifestyle membership that have already created joy for thousands of people around the world. Welcome to our One Big Team. Your legacy starts here."

### Independent Representative Agreement

10. In 2005, WV recruited Plaintiff to become an Independent Representative with WorldVentures. Plaintiff verbally agreed, over the phone with a representative of WV, that he would act as an Independent Representative and WV would pay him commissions for his recruitment of other WorldVentures representatives (the "IR Agreement"). Plaintiff verbally agreed to the commission structure and other payment structures with WorldVentures. Up until the time when WorldVentures failed to pay commissions as described below, payments were made in accordance with the verbal agreement.

11. While Plaintiff and WorldVentures verbally agreed to an IR Agreement, there was never a written contract or an electronically agreed to contract between the Parties. Furthermore, at no time did Plaintiff enter into, in writing or verbally, n non-compete or non-solicitation agreement of any kind.

### Unpaid Commissions

12. On October 15, 2017, WorldVentures failed to pay Plaintiff his commission salaries which were earned since September 1, 2017. Thereafter, WorldVentures for a period of months, continued to fail to pay the monthly salary commissions as required by the WorldVentures Compensation Plan totaling approximately $150,000.00.

13. WorldVentures admits that it currently owes Plaintiff $150,000.00 in unpaid earned commissions and an additional $19,300.00 in lost benefits.

14. Despite the fact that Plaintiff has already performed the work for which he is owed compensation and the fact that WorldVentures has benefitted financially from his work, WorldVentures owes all amounts of monthly and cycle unpaid commissions and the refusal to pay those amounts is a breach of the IR Agreement.

15. WorldVentures owes in excess of $150,000.00 to Plaintiff, which is due and owing as of the time of the filing this suit.

V. **CAUSE OF ACTION 1. BREACH OF CONTRACT FOR UNPAID COMMISSIONS**

16. Defendant is liable to Plaintiff under a breach of contract action.

    a. Plaintiff and Defendants entered into a valid, enforceable verbal contract;

    b. Plaintiff performed and completed all obligations imposed on him by the contract, including the successful building of a large downline network.

c. Defendant breached the contract by its failure and refusal to pay the commissions and salary due under the contract;

d. Plaintiff has suffered damages as a result of Defendant's breach of the contract.

All conditions precedent to Plaintiff's claim for relief has been performed or has occurred.

## VI.  REQUEST FOR RELIEF

For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that the Court finds Defendant liable for breach of contract and grant Plaintiff the following relief from Defendant:

a. Actual damages in the amount of approximately $150,000.00 with pre and post judgment interest;

b. Attorney's fees as provided by Texas Civil Practice & Remedies Code, chapter 38, arising from a breach of a written contract. Plaintiff retained counsel, who presented Plaintiff's claim to Defendant. Defendant did not tender the amount owed within 30 days of the date the claim was presented. Plaintiff estimates his attorney's fees and expenses will be in excess of $75,000.

c. Court costs; and

d. All other relief to which Plaintiff may be entitled.

Respectfully submitted,

**LAW OFFICES OF KEVAN I. BENKOWITZ**
A PROFESSIONAL CORPORATION
5600 Tennyson Pkwy., Suite 382
Plano, Texas 75024
Tel. (972) 712-1221
Fax. (972) 712-1331

By: /s/ Kevan I. Benkowitz
Kevan I. Benkowitz
Texas Bar No. 24036213
Email: kevan@kiblaw.com



Co-Counsel

        **ALLISON | ASSOCIATES**
        5600 Tennyson Parkway, Ste. 330
        Plano, TX 75024
        Tel: (972) 608-4300
        Fax: (972) 608-4301

        By:/s/ *Kip H. Allison*
          Kip H. Allison
          State Bar No. 00789117
          kip@allison-law.com

        Attorneys for Plaintiff Carlos Rogers



STATE OF TEXAS )
COUNTY OF COLLIN )

I, Lynne Finley, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 20 day of Jul A.D., 20 18

LYNNE FINLEY, DISTRICT CLERK
COLLIN COUNTY, TEXAS

_____ DEPUTY